**William C. MORELLI, Petitioner,**

v.

**DEPARTMENT OF the ARMY,
Respondent.**

No. 2012–3064.

United States Court of Appeals,
Federal Circuit.

March 7, 2012.

Kimberly I. Kennedy, Department of Justice, Washington, DC, for Petitioner.

William C. Morelli, Wildwood Crest, NJ, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Marcus A. MALONE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2012–3036.

United States Court of Appeals,
Federal Circuit.

March 7, 2012.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.